No. 23-5246 September Term, 2023

1:23-cv-00212-APM

**Filed On:** April 11, 2024

James H. Brady,

    Appellant

    v.

Merrick B. Garland, United States Attorney General,

    Appellee

    **BEFORE:** Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the amended motion for summary reversal, the opposition thereto, and the reply; and the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for summary reversal be denied and that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly concluded that it lacked jurisdiction to grant the mandamus relief requested by appellant. Regardless of how appellant frames the purported duty at issue, he has not shown a clear and indisputable right to the relief requested. See Row 1 Inc. v. Becerra, 92 F.4th 1138, 1149 (D.C. Cir. 2024).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
         Selena R. Gancasz
         Deputy Clerk