# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5246**                      **September Term, 2023**

1:23-cv-00212-APM

**Filed On:** May 23, 2024

James H. Brady,

       Appellant

   v.

Merrick B. Garland, United States Attorney General,

       Appellee

       **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                      BY:     /s/
                                Daniel J. Reidy
                                Deputy Clerk